# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, et al., | Case No. 1:18-cv-00252-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION CONCERNING DISCOVERY, STAY OF THE ACTION, AND MEDIATION |
| v. | |
| M.J. BROTHERS, INC., et al., | ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 11, 2018, AT 10:00 A.M. |
| Defendants. | |
| | (ECF No. 9) |

The parties to this action filed a Stipulation Concerning Discovery, Say of the Action, and Mediation ("Stipulation") May 8, 2018.  (ECF No. 9.)

According to the Stipulation, the parties have scheduled a private mediation for September 18, 2018. To facilitate the mediation and to reduce legal expenses pending the mediation, the parties, subject to the terms and conditions of this Order, jointly move for an order requiring (1) an agreed-upon method for Defendants to produce documents and information to Plaintiffs' counsel; and (2) a stay of all other litigation in this case, including but not limited to discovery.

Accordingly, IT IS HEREBY ORDERED that:

1.     Subject to the conditions set forth in this Order, this matter is STAYED until **October 2, 2018**.  The parties shall advise the Court as to the status of this matter

1

by filing a joint status report on or before **September 25, 2018**.  If the matter is resolved, the parties shall file a notice of settlement.

2. The joint scheduling conference set for May 15, 2018, is continued to **October 11, 2018, at 10:00 a.m. in Courtroom 9.**  The parties shall file a joint report that sets forth new dates at least seven days prior to the scheduling conference. However, as the parties have already filed a scheduling report, the parties do not need to include any other information besides the updated dates.

3. Subject to the terms and conditions of the Stipulation and this Order, Defendants agree to provide to Plaintiffs' counsel, on or before June 15, 2018, complete, legible, bates stamped copies of the following documents (with employee names redacted, but including the last four digits of the employee's social security number on all of the records, including time cards, through pay period ending on May 18, 2018) and data, in electronic form wherever possible, and/or in hard copy when requested, the following documents for each Putative Class Member, as defined in Plaintiffs' Complaint:

   a. All payroll records for each Putative Class Member;

   b. All records of hours worked by each Putative Class Member; and

   c. All employee handbooks and policies, of any kind or description, and all draft versions thereof, in existence at any time within the past five (5) years.

4. Nothing in this Order is intended to create, expand, limit or waive any of the parties' rights, defenses or remedies at law or equity.  The parties reserve all rights available to them under the law, including all statutes and constitutions; and

5. The parties have agreed to request that the Court equitably toll the statute of limitations for the first cause of action, failure to pay overtime wages pursuant to the FLSA, 29 U.S.C. §§ 201 et seq., for any individual who opts into any collective action approved by the Court after the mediation.  If the mediation does not resolve the case, the tolling request would equal the number of days from May

8, 2018, until ninety (90) days after any order by the Court granting conditional certification.

IT IS SO ORDERED.

Dated: __**May 9, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE