# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>M.J. BROTHERS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00252-LJO-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT AND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>(ECF No. 16) |

On December 4, 2018, the parties filed a notice of settlement along with a request that the Court vacate all pending matters, and grant the parties sixty (60) days to file a motion for preliminary approval of class settlement. (ECF No. 16)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and
2. The parties shall file a motion for preliminary approval of class settlement on or before February 4, 2019.

IT IS SO ORDERED.

Dated: __December 4, 2018__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1