1  JOHN E. HILL, State Bar No. 45338
2  ENRIQUE MARTINEZ, State Bar No. 206884
   Law Offices of John E. Hill
3  333 Hegenberger Road, Ste. 500
   Oakland, CA 94621
4  Telephone:  (510) 588-1000
   Facsimile: (510) 632-1445
5  Email:  enriquemartinez@hill-law-offices.com

6  *Attorneys for Plaintiffs & Putative Class*

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  FRESNO DIVISION

11

12

13  VICTOR RODRIGUEZ, ESTREBERTO          Case No.: 1:18-CV-00252-LJO-SAB
    VALDEZ, MIGUEL ESPARZA, and
14  FRANCISCO BANDA, on behalf of         **MOTION FOR (1) PRELIMINARY**
    themselves and others similarly situated,  **APPROVAL OF CLASS ACTION**
                                          **SETTLEMENT; (2) PROVISIONAL**
15              Plaintiffs,               **CLASS CERTIFICATION AND**
                                          **APPOINTMENT OF CLASS COUNSEL;**
16  v.                                    **(3) APPROVAL OF FORM AND**
                                          **METHOD OF CLASS NOTICE; (4) THE**
17  M.J. BROTHERS, INC., a California      **SCHEDULING OF A FINAL FAIRNESS**
    corporation; EDUARDO MARTIN; DANIEL   **HEARING**
18  MARTIN; FERNANDO MARTIN; and
    RONALD MARTIN,
19
                Defendants .             **Courtroom: 9**
20                                       **Judge:  Hon. Stanley A. Boone**

21

22                         **MOTION**

23

24       To the Clerk of the Court and to all parties of record and their respective counsel, PLEASE

25  TAKE NOTICE that plaintiffs VICTOR RODRIGUEZ, ESTREBERTO VALDEZ, MIGUEL

26  ESPARZA, and FRANCISCO BANDA ("Named Plaintiffs"), individually and on behalf of all

27  other similarly-situated individuals, with the consent of all defendants, move for (1) preliminary

28

approval of the parties' class action settlement agreement, a copy of which is attached as Exhibit 1

to the accompanying Declaration of Enrique Martínez; (2) provisional appointment of class counsel

and certification of the proposed Settlement Class, both as a collective action under the Fair Labor

Standards Act (FLSA), 29 U.S.C. § 216(b), and as a class action under Federal Rule of Civil

Procedure 23; (3) approval of the proposed form and method notice to the class, form for class

members to dispute and claim their estimated settlement payments, and implementation schedule,

attached as Exhibits 1A, 1B, 1C and 1D to the Declaration of Enrique Martinez; and (4) the

scheduling of a final fairness hearing.

The grounds for this Motion are that (1) the parties have reached a good faith, arms-length

settlement of this matter after extensive settlement negotiations including a full-day mediation

session with an experienced employment class action mediator; (2) plaintiffs' counsel and the

Named Plaintiffs, as representatives of the class, believe that the proposed settlement is in the best

interests of the class as a whole; and (3) all parties desire to conclude this matter without further

expense, delay, and uncertainty of continued litigation. This motion is based on the accompanying

Memorandum of Points and Authorities, Declaration of Enrique Martínez and supporting exhibits,

proposed Order submitted herewith, all other records, pleadings, and papers filed in this action, and

on such other evidence and argument as may be presented to the Court at the hearing.

Dated:  February 4, 2019

Respectfully submitted,

LAW OFFICES OF JOHN E. HILL

By: _____
ENRIQUE MARTÍNEZ

*Attorneys for Plaintiffs & Putative Class*