# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> M.J. BROTHERS, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-00252-LJO-SAB <br><br> ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT <br><br> (ECF No. 19) <br><br> SEVEN-DAY DEADLINE |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file a first amended complaint within seven (7) day of the date of entry of this order; and

2. Defendants' answer to the original complaint is deemed the answer to the first amended complaint.

IT IS SO ORDERED.

Dated: **February 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1