# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ, et al., | Case No. 1:18-cv-00252-SAB |
| Plaintiffs, | ORDER VACATING APRIL 24, 2019 HEARING |
| v. | |
| M.J. BROTHERS, INC., et al., | |
| Defendants. | |

Currently before the Court is Plaintiffs' motion for preliminary approval of a class action settlement which was continued to April 24, 2019. On April 17, 2019, Plaintiff filed supplemental briefing addressing issues raised in a findings and recommendations that has since been vacated.

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on April 24, 2019, is HEREBY VACATED and the parties need not appear at that time.

IT IS SO ORDERED.

Dated: **April 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1